Internal Revenue Service
ATTN: Centralized Ins. Op.
PO BOX 21126
Philadelphia, PA 19114

Midwest Acceptance
1257 Dougherty Ferry Rd.
Valley Park, MO 63088

Missouri Department Of Revenue
PO BOX 385
Jefferson City, MO 65105-2200

United States Attorney s Office EDMO
111 S. 10th Street, 20th Floor
Saint Louis, MO 63102